**Troy Monge, Esq.**
Law Offices of Martin Taller, APC
2300 E. Katella Avenue, Suite 440
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for Peter J. Vitollo

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER J. VITOLLO,<br><br>　　Plaintiff,<br><br>　　v<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>　　Defendant. | No. SACV13-01029 SVW-AS<br><br>[~~PROPOSED~~] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND COSTS |

　　Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act Fees, Costs and Expenses:

　　IT IS ORDERED that the Commissioner shall pay the amount of TWO THOUSAND SIX HUNDRED DOLLARS and NO CENTS ($2,600.00) for attorney fees and THIRTY-TWO DOLLARS and NINETY-ONE CENTS ($32.91) for costs, as authorized by 28 U.S.C. §§1920 and 2412(d), subject to the terms of the above-referenced Stipulation.

　　Dated: April 28, 2014

　　　　　　　　　　　　　　　　　　　_____/ S /_____
　　　　　　　　　　　　　　　　　　　THE HONORABLE ALKA SAGAR
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1